# UNITED STATES DISTICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JUSTIN J. MARK**                                                                      **CIVIL ACTION NO.**

**VERSUS**                                                                                    **23-262-JWD-SDJ**

**EDWARD BICKHAM, ET AL.**

## ORDER

Before the Court is a Motion to Lift Stay filed by Defendants Edward Bickham and Wayne Aucoin.[1] This case was stayed to allow Plaintiff Justin J. Mark time to receive materials in this case and potentially obtain new counsel.[2] Mark has now had approximately six months to obtain counsel or acquaint himself with this case in preparation to represent himself. Accordingly,

**IT IS ORDERED** that the Motion to Lift Stay filed by Defendants Edward Bickham and Wayne Aucoin is **GRANTED**.[3]

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to reopen the Motion to Dismiss and Motion to Stay Discovery, which will be considered in due course.

**IT IS FURTHER ORDERED** that Plaintiff shall file an opposition to the Motion to Dismiss or an Amended Complaint addressing the deficiencies highlighted in the Motion to Dismiss within 30 days of this Order.

**IT IS FURTHER ORDERED** that the Defendants shall file a reply, if any, within 21 days of the date of the filing of the opposition.

**IT IS FURTHER ORDERED** that the following deadlines be established:

---

[1] R. Doc. 27.
[2] R. Doc. 25.
[3] R. Doc. 27.

1. Within **20 days** of the filing of the responsive pleading, defendants' counsel shall provide to the plaintiff all medical records, administrative remedy proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case. *See* Rule 26(a)(1) of the Federal Rules of Civil Procedure. *Defendant(s) or defendants' counsel shall contemporaneously file a copy of these documents with the Court, together with a Notice of Compliance attesting to the fact that the requirements of this Order have been met.* If the plaintiff is not in receipt of these documents within the prescribed time, the plaintiff may file with the Court a motion to compel responses from the defendant(s). Any such motion must contain a separately captioned memorandum in support thereof and a certificate of service stating that a copy has been served upon the defendant(s).

2. Within **90 days** of the defendants' first appearance (filing of an answer or other motion constituting an appearance), the parties shall complete all discovery.

3. In addition to the mandatory discovery addressed in subsection (1) above, the parties may serve upon one another additional written discovery requests; however, such additional discovery shall be limited to *10 interrogatories, 5 requests for production of documents,* and *10 requests for admissions*. *See* Rules 33, 34, and 36 of the Federal Rules of Civil Procedure. In calculating the allowable additional discovery, the parties are advised that they may forward the allowable number of interrogatories, requests for production and requests for admission to **EACH** opposing party.

Pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure, the Court orders that all discovery requests and responses shall be filed into the record (by sending a copy of same to the Clerk of Court) in addition to being sent simultaneously to the opposing party by placing a copy of same in the United States mail addressed to that party or, where represented, to that party's

counsel.  <u>Note</u>: Please do not file "motions for discovery," as a motion is not the correct way to obtain discovery.  Pursuant to the Federal Rules of Civil Procedure, written discovery (in the form of interrogatories, requests for production of documents, and requests for admissions) should be sent directly to counsel for the opposing party for a response.

In the event that any party believes that it needs additional discovery beyond that allowed by this Order, that party shall file a motion with the Court requesting such additional discovery. The motion must contain a memorandum in support of the motion and a copy of the proposed additional discovery requested, all separately captioned and with a certificate of service stating that a copy of same has been served upon all parties to the proceeding.

Any motions to compel must comply with the requirements set out above for motions and must be filed within 10 days after the end of the discovery period.  In addition, the parties are directed to be aware of Rule 37(a)(1) of the Federal Rules of Civil Procedure, which mandates that, before the filing of a motion to compel, the complaining party must confer or attempt to confer with the opposing party in a good faith attempt to resolve the discovery dispute without intervention by the Court.

4. The deadline for seeking leave of Court to join other parties or amend the pleadings shall be **90 days** from the date of the defendants' first appearance (filing of an answer or motion).

5. Within **120 days** of the defendants' first appearance, the parties shall file cross-motions for summary judgment as provided by Rule 56 of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on May 14, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**